UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH S. WALCOTT,

                              Plaintiff,

         -against-

SUTIN, INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

21-CV-05326 (LJL)(SN)

SETTLEMENT CONFERENCE ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Friday, November 12, 2021, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, November 15, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                         _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

Dated:       November 3, 2021
                 New York, New York