UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
KEITH S. WALCOTT, :
:
:
Plaintiff, :
: 21-cv-5326 (LJL)
-v- :
: ORDER
SUTIN, INC. et al., :
:
:
Defendants. :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2021

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by January 21, 2022. Any application to reopen filed after January 21, 2022 may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: December 23, 2021
       New York, New York

                                      LEWIS J. LIMAN
                                   United States District Judge